MICHAEL J. HEYMAN
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: carly.vosacek@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTY ANN MELVIN, Defendant. | No. 4:25-cr-00007-RRB-SAO <br><br> COUNT 1: <br> FALSE STATEMENT DURING PURCHASE OF A FIREARM <br>   Vio. of 18 U.S.C. §§ 922(a)(6), 924(a)(2) <br><br> CRIMINAL FORFEITURE ALLEGATION: <br>   18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a) |
|---|---|

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about October 24, 2023, within the District of Alaska, the defendant, CHRISTY ANN MELVIN, in connection with the acquisition of two firearms, namely a SCCY CPX-2 C464288 and a SCCY CPX-2 C468957, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false

and fictitious written statement to the licensed dealer that was intended and likely to deceive the dealer as to a fact material to the lawfulness of the sale of the firearms to the defendant. The defendant falsely represented she was the actual transferee and buyer of the firearms when, in fact, she purchased the firearms for another person or persons.

All of which is in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

Pursuant to 18 U.S.C. § 924(d)(1), upon conviction of an offense in violation of 18 U.S.C. § 922(a)(6), the defendant, CHRISTY ANN MELVIN, shall forfeit to the United States of America any firearm and ammunition involved in and used in a knowing violation of 18 U.S.C. § 922(a)(6), including:

1. SCCY CPX-2 C464288, and
2. SCCY CPX-2 C468957.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute assets as provided for in 21 U.S.C. § 853(p), including a forfeiture money judgment equal to the value of the property.

//

//

//

All pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Carly Vosacek
CARLY VOSACEK
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE: April 15, 2025